16230. CRESWELL *v.* THE STATE.

BROYLES, C. J. It appearing from the bill of exceptions and the record that the bill of exceptions was not tendered to the judge within twenty days from the date of the judgment overruling the motion for a new trial, the writ of error is

*Dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 27, 1925.

Conviction of possessing liquor; from Walton superior court—Judge Fortson. December 20, 1924.

*E. W. Roberts,* for plaintiff in error.

*Henry S. West, solicitor-general,* contra.